**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN W. HOWARD**<br>**and**<br>**CARRIE HOWARD** | * | |
| | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil Action No.  JFM03CV421** |
| **McCORMICK ASBESTOS CO., et al.,** | * | |
| **Defendants** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CERTIFICATION OF FILING OF STATE COURT PAPERS

Defendant Hopeman Brothers, Inc. ("Hopeman"), by its attorneys, files this Certification of Filing of State Court Papers pursuant to Rule 103.5.a of the Rules of the United States District Court for the District of Maryland and states as follows:

1.      On February 24, 2003, Defendant's counsel reviewed a copy of the electronic docket entries for <u>Howard, et al. v. McCormick Asbestos Co., et al.</u>, which was pending in the Circuit Court for Baltimore City, Maryland as Case Number 24X02002602.  A copy of the print-out of the "Documents Filed by Case" report from CourtLink copied on February 24, 2003 is attached hereto as Exhibit A.

1.      Upon review of the docket entries, it appeared that the following documents had been filed in the Circuit Court for Baltimore City.

(1)      Short Form Asbestos Complaint filed January 17, 2003;

(2)      Plaintiff John W. Howard Summonses and Medical Records filed January 17, 2003;

(3)      Hopeman Brothers, Inc.'s Notice of Filing of Notice of Removal and exhibits filed February 13, 2003;

(4) SB Decking, Inc.'s Answer to Short Form Complaint filed February 20, 2003;

(5) SB Decking, Inc.'s Answer to Cross-Claims of All Co-Defendants filed February 20, 2003;

(6) SB Decking, Inc.'s Cross-Claims filed February 20, 2003;

3. The Short Form Asbestos Complaint (document 1) filed January 17, 2003 was attached as Exhibit 1 to the Notice of Removal filed with this Court on February 13, 2003.

4. The state court pleadings numbered 2-6 above are attached hereto as Exhibit B.

WHEREFORE, Hopeman Brothers, Inc. hereby certifies that all filings in the Circuit Court for Baltimore City action have been or are herewith filed in the United States District Court for the District of Maryland.


_____/s/_____
David W. Allen (#00208)
Michael A. Pichini (#26342)
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

Attorneys for Defendant, Hopeman Brothers, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2003, a copy of the foregoing Certification of Filing of State Court Papers, was served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Geoffrey S. Gavett, Esquire
Katherine S. Duyer, Esquire
Shelley L. Bagoly, Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD  20855

_____/s/_____
David W. Allen

462881v1

**EXHIBIT A**



## Build Reports

Select Report: | Documents By Case ▼ |    [ Refresh ]

### Documents Filed By Case Report
Report Created: Monday, February 24, 2003 1:48:03 PM    [ Back ]

| Court: | Baltimore City Circuit Court | Judge: | Heller, Ellen | eFile Live Date: | 12/2/2002 |
| Division: | N/A | Case Number: | 24X02002602 | Documents Filed: | 7 |
| Case Type: | Personal Injury-Asbestos | Case Name: | Howard, John W et ux vs McCormick Asbestos Co et al | Date Range: | All |

1 through 7 of 7

| ▲Authorized Date | Authorizing Attorney | Organization | Document Title | Filing Type | Filing Option | Filing ID | Judicial Action | Linked |
|---|---|---|---|---|---|---|---|---|
| 1/17/2003 11:08:37 AM | William C Burgy | Nicholl, Peter T | Plaintiff John W Howard Short Form Asbestos Complaint Filed Against Defendants McCormick Asbestos Co et al | Complaint (duplicate) | File And Serve | 1321523 | N/A | |
| 1/17/2003 11:08:37 AM | William C Burgy | Nicholl, Peter T | Plaintiff John W Howard Summonses and Medical Records | Summons Issued | File And Serve | 1321523 | N/A | |
| 2/13/2003 11:04:07 AM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Filing of Notice of Removal | Notice | File And Serve | 1413119 | N/A | |
| 2/13/2003 11:04:07 AM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Removal of Civil Action | Exhibits | File And Serve | 1413119 | N/A | |
| 2/20/2003 1:50:46 PM | Katherine S Duyer | Gavett & Datt PC | SB Decking Inc.s Answer to Short Form Complaint | Answer | File And Serve | 1435043 | N/A | |
| 2/20/2003 1:50:46 PM | Katherine S Duyer | Gavett & Datt PC | SB Decking Inc.s Answer to Cross-claims of All Co-defendants | Answer to Crossclaim | File And Serve | 1435043 | N/A | |
| 2/20/2003 1:50:46 PM | Katherine S Duyer | Gavett & Datt PC | SB Decking Inc.s Cross-claims | Crossclaim | File And Serve | 1435043 | N/A | |

1 through 7 of 7



[ Back ]

**EXHIBIT B**
**(state court papers – filed in paper format only)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN W. HOWARD**<br>**and**<br>**CARRIE HOWARD** | * | |
| | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil Action No.  JFM03CV421** |
| **McCORMICK ASBESTOS CO., et al.,** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit B, which is an attachment to Hopeman Brothers, Inc.'s Certification of Filing of State Court Papers, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing of this Notice, I will file and serve paper copies of the document identified above.

Date: __03/14/03__

_____/s/_____
David W. Allen (#00208)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
Phone:  (410) 783-4000
Fax:  (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

462881v1