IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOHN W. HOWARD <br> and <br> CARRIE HOWARD <br><br> Plaintiffs <br><br> v. <br><br> McCORMICK ASBESTOS CO., et al., <br><br> Defendants | * <br><br> * <br><br> * <br><br> *   Civil Action No. JFM03CV421 <br><br> * <br><br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 14, 2003, was mailed, via first class mail, postage prepaid, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Geoffrey S. Gavett, Esquire
Katherine S. Duyer, Esquire
Shelley L. Bagoly, Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, MD 21204


Date: __03/14/03__                  _____/s/_____
                                    David W. Allen (#00208)
                                    Goodell, DeVries, Leech & Dann, LLP
                                    One South Street, 20th Floor
                                    Baltimore, MD 21202
                                    Phone: (410) 783-4000

Fax: (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

462881v1